**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Carmen Garcia Tarango<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–3516 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7 8/11/26 |
| Case number: | 26–31130–cgb | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carmen Garcia Tarango | |
| 2. | **All other names used in the last 8 years** | aka Carmen G Tarango, aka Carmen Tarango | |
| 3. | **Address** | 859 Destello Rd.<br>El Paso, TX 79907 | |
| 4. | **Debtor's attorney**<br>Name and address | Karla Patricia Griffin<br>Karla P. Griffin Law Firm<br>1123 E. Rio Grande<br>El Paso, TX 79902 | Contact phone 915–562–4357<br>Email: watsonandmaynez@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Randolph N Osherow<br>342 W Woodlawn, Suite 100<br>San Antonio, TX 78212 | Contact phone (210) 738–3001<br>Email: rosherow13@gmail.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (915) 779–7362<br><br>Date: 8/11/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 14, 2026 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 366 703 6877, Passcode, 8572973665 or call (210) 675–8716**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/13/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-31130-cgb

Carmen Garcia Tarango Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-3 User: admin Page 1 of 2

Date Rcvd: Aug 11, 2026 Form ID: 309A Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carmen Garcia Tarango, 859 Destello Rd., El Paso, TX 79907-2764 |
| 19276465 | + | Dta Loans, Inc, 6712, 500 Zaragosa Rd Ste C, El Paso, TX 79907-4737 |
| 19276468 | + | KELLI BROWN, 1120 Metro Crest Dr Suite 100, Carrollton, TX 75006-5862 |
| 19276474 | + | Texstar Escrow, 5809 Acacia Cir, El Paso, TX 79912-4859 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: watsonandmaynez@gmail.com | Aug 11 2026 23:38:00 | Karla Patricia Griffin, Karla P. Griffin Law Firm, 1123 E. Rio Grande, El Paso, TX 79902 |
| tr | + | EDI: QRNOSHEROW.COM | Aug 12 2026 03:34:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 11 2026 23:38:00 | United States Trustee - EP12, U.S. Trustee's Office, 615 E. Houston, Suite 533, San Antonio, TX 78295-1601 |
| 19276462 | + | EDI: CAPITALONE.COM | Aug 12 2026 03:34:00 | Capital One, 4295, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19276466 | | EDI: IRS.COM | Aug 12 2026 03:34:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 19276467 | | Email/Text: griffinelectronicnoticing@gmail.com | Aug 11 2026 23:38:00 | Karla P. Griffin Law Firm, PC, 1123 E Rio Grande Ave, El Paso, TX 79902-4618 |
| 19276464 | | Email/Text: sanantonio.bankruptcy@publicans.com | Aug 11 2026 23:38:00 | City of El Paso, c/o Bradley S. Balderrama, 112 E Pecan St 200, San Antonio, TX 78205 |
| 19276469 | | EDI: PRA.COM | Aug 12 2026 03:34:00 | Portfolio Recovery Associates, P.O. Box 41067, Norfolk, VA 23541 |
| 19276471 | | Email/Text: bankruptcy@springoakscapital.com | Aug 11 2026 23:38:00 | Spring Oaks Capital, Llc, 6813, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 19276470 | + | Email/Text: ssa.bankruptcy@ssa.gov | Aug 11 2026 23:38:00 | Social Security Administration, Attn: bankruptcy Coordinator, Office of the General Counsel, Region VI, 1301 Young St., Suite A702, Dallas, TX 75202-4813 |
| 19276472 | + | EDI: SYNC | Aug 12 2026 03:34:00 | Synchrony Bank/JCPenney, 9219, PO Box 965060, Orlando, FL 32896-5060 |
| 19276475 | + | Email/Text: accountservicing@trueaccord.com | Aug 11 2026 23:38:00 | Trueaccord C, 9542, Attn: Bankruptcy, 16011 College Blvd., Suite 130, Lenexa, KS 66219-9877 |
| 19276476 | + | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Aug 11 2026 23:38:00 | U.S. Trustee, 615 E. Houston 533, San Antonio, TX 78205-2055 |
| 19276477 | + | Email/Text: bk@worldacceptance.com | Aug 11 2026 23:38:00 | World Fin, 4601, World Acceptance Corp/Attn |

Bankruptcy, PO Box 6429, Greenville, SC 29606-6429

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19276473 | | Synchrony Bank/Sams, 3433, FL 32896, Attn: Bankruptcy, Orlando,, PO Box 965060 |
| 19276463 | *+ | Carmen Garcia Tarango, 859 Destello Rd., El Paso, TX 79907-2764 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters